JOSEPH LaBARBERA, Appellant, *v.* HART & CROUSE Co., INC., Respondent.

(Submitted September 29, 1936; decided October 13, 1936.)

*M. Francis Malone* for appellant.

*Raymond F. Nichols* for respondent.

Appeal dismissed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.